IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01481-LTB-BNB

MARK ANTHONY MAGNUM,

Plaintiff,

v.

ALL UNNAMED EXECUTIVE MEMBERS OF BOARD,
ALL UNNAMED SHAREHOLDERS,
CORRECTIONS CORPORATION OF AMERICA/BENT COUNTY CORRECTIONAL FACILITY,
JIM KEITH,
STEVE BROWN, JR.,
MAUREEN DICKSON,
STEVE BROWN, SR.,
PAUL DOES,
RHONDA AYERS,
DORIS CODY,
MARLENE YBARRA, and
OTHER UNNAMED INDIVIDUALS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Motion to Dismiss Plaintiff's Complaint** (the "Motion"), filed on August 11, 2005.

IT IS ORDERED that the plaintiff shall respond to the Motion on or before **September 15, 2005**. Defendants have fifteen (15) days after the filing of the response to file a reply.

DATED: August 15, 2005