IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01481-LTB-BNB

MARK ANTHONY MAGNUM,

Plaintiff,

v.

ALL UNNAMED EXECUTIVE MEMBERS OF BOARD,
ALL UNNAMED SHAREHOLDERS,
CORRECTIONS CORPORATION OF AMERICA/BENT COUNTY CORRECTIONAL
FACILITY,
JIM KEITH,
STEVE BROWN, JR.,
MAUREEN DICKSON,
STEVE BROWN, SR.,
PAUL DOES,
RHONDA AYERS,
DORIS CODY,
MARLENE YBARRA, and
OTHER UNNAMED INDIVIDUALS,

Defendants.
_____

## ORDER
_____

This matter is before the Court on the plaintiff's **Motion to Compel Discovery of the Identification of All John and Jane Doe Defendants to Apply Within the Body of the Supplemental/Amended Complaint** (the "Motion"), filed on December 21, 2006. The plaintiff seeks discovery to identify the John and Jane Doe defendants.

By separate recommendation, I have recommended that this action be dismissed for failure to exhaust administrative remedies. Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated January 27, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge