IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01481-LTB-BNB

MARK ANTHONY MAGNUM,

Plaintiff,

v.

ALL UNNAMED EXECUTIVE MEMBERS OF BOARD,
ALL UNNAMED SHAREHOLDERS,
CORRECTIONS CORPORATION OF AMERICA/BENT COUNTY CORRECTIONAL
FACILITY,
JIM KEITH,
STEVE BROWN, JR.,
MAUREEN DICKSON,
STEVE BROWN, SR.,
PAUL DOES,
RHONDA AYERS,
DORIS CODY,
MARLENE YBARRA, and
OTHER UNNAMED INDIVIDUALS,

Defendants.
_____

**ORDER**
_____

This matter is before the Court on the plaintiff's **Motion to Recover Court Order Not Received** (the "Motion"), filed on January 9, 2006. The plaintiff states the following:

> On December 8, 2005, at approximately 14:15 hours, Plaintiff received legal mail from this Court. Upon receipt of the envelop [sic], the Plaintiff noticed that the envelop [sic] was opened and the contents, e.g. Court Order, Response, etc., was missing as well. Plaintiff only received the computerized electronically mailed DOCUMENT (which attaches to all court documents and opposing counsel's paper) upon receipt.

*Motion*, pp.1- 2. ¶ 1.. The plaintiff attaches the electronic document to the Motion.

The electronic document is simply a copy of an electronic memorandum stating a motion has been referred to me by the district judge. There was no order or response sent with the memorandum.

IT IS ORDERED that the Motion is DENIED.

Dated January 27, 2006.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge