**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01481-LTB-BNB

MARK ANTHONY MAGNUM,
        Plaintiff,

v.

ALL UNNAMED EXECUTIVE MEMBERS OF BOARD, individually and in their official capacity as Executive Board Members; and
ALL UNNAMED SHAREHOLDERS; individually and in their official capacity as corporate shareholders; d/b/a
CORRECTIONS CORPORATION OF AMERICA; and
JIM KEITH, individually and in his official capacity as Warden; and
STEVE BROWN, JR., individually and in his official capacity as Assoc. Warden; and
MAUREEN DICKSON, individually and in her capacity as Program Administrator; and
STEVE BROWN, SR., individually and in his official capacity as Facility Investigator; and
PAUL DOSE, individually and in his official capacity as correctional Lieutenant; and
RHONDA AYERS, individually and in her official capacity as correctional Captain; and
DORIS CODY, individually and in her official capacity as legal liaison or quality assurance;
MARLENE YBARRA, individually and in her official capacity as inmate accounting/business office; and
OTHER UNNAMED INDIVIDUALS, individually and in their official capacities as employees; d/b/a
BENT COUNTY CORRECTIONAL FACILITY,
        Defendants.

_____

**ORDER**
_____

On January 27, 2006, Magistrate Judge filed and entered his Recommendation that Defendants' Motion to Dismiss Plaintiff's Complaint be granted and that the complaint be dismissed without prejudice for failure to exhaust administrative remedies. Plaintiff has filed his objections to the Magistrate Judge's recommendation timely. I have therefore reviewed the recommendation *de novo* in light of the objections and the file in this action.

Although Plaintiff asserts that he has exhausted his administrative remedies completely and in their entirely, such exhaustion, if accurate, was not completed <u>before</u> the complaint was filed. Consequently, under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a) as construed in <u>Booth v. Churner</u>, 532 U.S. 731 (2001) and <u>Steele v. Federal Bureau of Prisons</u>, 355 F.3d 1204 (10th Cir. 2003), the exhaustion requirement was not met prior to the filing of the complaint.  I conclude that the Magistrate Judge's recommendation is correct.  Accordingly

IT IS ORDERED that the Defendants' Motion to Dismiss is GRANTED and the above action is DISMISSED WITHOUT PREJUDICE.

                                                  BY THE COURT:

                                                  s/Lewis T. Babcock  
                                                  Lewis T. Babcock, Chief Judge

DATED: February 14, 2006